## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

    **vs.**

**MICHAEL LEAVITT**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:08-CR-368 (GHL)**


   Robert Bogdan, Esq.
Attorney for Defendant


**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 of the Information.


**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession of Marijuana, in violation of Title 21 United States Code, Section(s) 844 (a).

**DATE OFFENSE CONCLUDED: May 29, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1000.00 and special assessment of $25.00.  Total amount of the fine and special assessment amounts to $1025.00, payable no later than January 14, 2009. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT**  count 2 of the Information is dismissed on motion of the United States.


December 10, 2008
Date of Imposition of Sentence


December 24, 2008
DATE SIGNED

George H. Lowe
United States Magistrate Judge